IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF INDIANA
INDIANAPOLIS DIVISION

CARLOS R. GUEVARA MARTINEZ,
    Plaintiffs,

vs.

MARION COUNTY SHERIFF'S
OFFICE, OFFICER DEMITRIA
ADAMS,
    Defendants.

Case No. 1:24-cv-1143

## COMPLAINT FOR DAMAGES

COMES NOW Plaintiff CARLOS R. GUEVARA MARTINEZ, by and through

counsel, and for his cause of action against Defendants MARION COUNTY

SHERIFF'S OFFICE and OFFICER DEMETRIA ADAMS alleges and states as

follows:

## I.    PARTIES

1. At all times relevant and material to this cause of action, Plaintiff CARLOS

GUEVARA MARTINEZ has resided in the City of Indianapolis, County of Marion,

State of Indiana.

2. At all times relevant and material to this cause of action, Defendant

MARION COUNTY SHERIFF'S OFFICE is a municipal entity in the City of

Indianapolis, County of Marion, State of Indiana, and employed Defendant

OFFICER DEMETRIA ADAMS.

3. At all times relevant and material to this cause of action, Defendant

OFFICER DEMETRIA ADAMS is a natural person believed to reside in the City of

Indianapolis, County of Marion, State of Indiana and acting under color of law as a law enforcement officer for Defendant MARION COUNTY SHERIFF'S OFFICE.

## II.   JURISDICTION AND VENUE

4. This Court has original jurisdiction over the constitutional claims under 28 U.S.C. §§1331 and 1343(a)(4).

5. This Court has supplemental jurisdiction over state law claims under 28 U.S.C. §1367.

6. Venue lies in the United Stated District Court, Southern District of Indiana pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in this district.

## III.   ALLEGED FACTS

7. On or about May 3, 2023, CARLOS GUEVARA MARTINEZ was at a regularly scheduled probation appointment in Indianapolis, IN.

8. At about the same time, OFFICER ADAMS arrested GUEVARA MARTINEZ based on a re-arrest warrant for another individual named Carlos O. Martinez in Shelby County.

9. GUEVARA MARTINEZ produced his government issued driver's license to OFFICER ADAMS to show that he was not Carlos O. Martinez.

10. The attorney for GUEVARA MARTINEZ also told OFFICER ADAMS that he was not Carlos O. Martinez, that he did not meet the description of the other man, and that it was factually impossible for him to have committed the underlying crime.

11. OFFICER ADAMS failed to verify that she had arrested the correct person and took GUEVARA MARTINEZ into custody and detained him under the wrong man's information.

12. OFFICER ADAMS caused GUEVARA MARTINEZ to be detained in Marion County for an extended period of time and then transported to Shelby County.

13. Shelby County initially received GUEVARA MARTINEZ but then quickly released him without booking because he was not Carlos O. Martinez .

14. GUEVARA MARTINEZ was then put outside the Shelby County Jail without any possessions or transportation.

## IV.    CLAIMS

### Count I – False Arrest

15. Plaintiff adopts and realleges all the foregoing paragraphs, as stated above, and furthermore states and alleges as follows:

16. On or about May 3, 2023, OFFICER ADAMS unlawfully seized GUEVARA MARTINEZ.

17. OFFICER ADAMS did not have reasonable suspicion that GUEVARA MARTINEZ was Carlos O. Martinez because their descriptions were different.

18. OFFICER ADAMS did not have reasonable suspicion that GUEVARA MARTINEZ failed to appear in 2016 because he appeared since that time.

19. OFFICER ADAMS did not have reasonable suspicion that GUEVARA MARTINEZ had been driving without a valid driver's license because he had produced his driver's license.

3

20. OFFICER ADAMS acted under color of law.

21. GUEVARA MARTINEZ was damaged as a result.

<u>Count II – Excessive Detention</u>

22. Plaintiff adopts and realleges all of the foregoing paragraphs, as stated above, and furthermore states and alleges as follows:

23. OFFICER ADAMS arrested GUEVARA MARTINEZ without a warrant for his arrest.

24. OFFICER ADAMS unreasonably delayed the release of GUEVARA MARTINEZ because she caused him to be transported to Shelby County.

25. Furthermore, the delay was unreasonable because it was motivated by biased based profiling.

26. GUEVARA MARTINEZ was damaged as a result.

<u>Count III – Monell Claim</u>

27. Plaintiffs adopt and reallege all of the foregoing paragraphs, as stated above, and furthermore states and alleges as follows:

28. GUEVARA MARTINEZ was falsely arrested and excessively detained, as described in Counts I and II.

29. At the time, MARION COUNTY SHERIFF'S OFFICE had a custom of improperly identifying Hispanic and Latino individuals and biased based profiling that is persistent and widespread, so that it is their standard operating procedure.

30. MARION COUNTY SHERIFF'S OFFICE is motivated by race to perform stops, detentions, and searches on individuals.

4

31. MARION COUNTY SHERIFF'S OFFICE'S policy of improperly identifying Hispanic and Latino individuals and biased based profiling caused GUEVARA MARTINEZ to be falsely arrested and excessively detained.

## V. JURY DEMAND

32. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands trial by jury in this action of all issues so triable.

## VI. PRAYER FOR RELIEF

Plaintiff GUEVARA MARTINEZ, by and through counsel, prays for all available damages against the Defendants MARION COUNTY SHERIFF'S OFFICE and OFFICER DEMETRIA ADAMS including punitive damages, costs and fees, trial by jury, and for all other relief just and proper on the premises.

Respectfully Submitted,

/s/ Faith E. Alvarez
Faith E. Alvarez (32497-49)
ALVAREZ LEGAL, LLC
5625 German Church Road, Suite 3244
Indianapolis, IN 46235
Phone: (317) 943-3116
faith@faithalvarez.com
Attorney for Plaintiffs

5